# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ARTIE JACKSON**                                                                  **PLAINTIFF/PETITIONER**

**VS.**                                          **NO.  4:08-CV-03319 GTE-JTK**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                            **DEFENDANT/RESPONDENT**


## JUDGMENT

For the reasons stated in the Memorandum Opinion entered on this date,

IT IS HEREBY CONSIDERED, ORDERED, AND ADJUDGED THAT Petitioner Artie Jackson's § 2254 petition for writ of habeas corpus be, and it is hereby, GRANTED.  His state convictions are hereby set aside.  The State of Arkansas may, at their election, retry Jackson on the charges within 120 days of this date.

Dated this   20th    day of July, 2010.

                                                                 /s/Garnett Thomas Eisele
                                                                UNITED STATES DISTRICT JUDGE