IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ARTIE JACKSON, * | |
| * | |
| Petitioner, * | |
| vs. * | No. 4:08-cv-03319-SWW |
| * | |
| * | |
| RAY HOBBS, Director, * | |
| Arkansas Department of Correction, * | |
| * | |
| Respondent. * | |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that petitioner Artie Jackson's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be, and it hereby is, denied.

It is further Considered, Ordered, and Adjudged that Mr. Jackson's personal recognizance bond be and it hereby is revoked.

It is further Considered, Ordered, and Adjudged that Mr. Jackson surrender to the Pulaski County Detention Center in Little Rock, Arkansas, on or before 12:00 p.m. on Monday, March 12, 2012, to complete his sentence in the Arkansas Department of Correction.

IT IS SO ORDERED this 2nd day of March 2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE